IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHARLEEN HOTH,                          )   Case No. 2:13-CV-02224-CKD
                                        )
          Plaintiff,                    )
                                        )
              v.                        )   **ORDER FOR A FIRST EXTENSION OF**
                                        )   **30 DAYS FOR PLAINTIFF TO FILE**
                                        )   **MOTION FOR SUMMARY JUDGMENT**
CAROLYN W. COLVIN,                      )
Commissioner of Social Security         )
Administration,                         )
                                        )
          Defendant.                    )
_____ )

     Having reviewed the Stipulation of the parties and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the parties' Stipulation and Proposed Order for a First Extension of 30 Days for Plaintiff to file his Motion for Summary Judgment and/or Remand.  The Court hereby **EXTENDS** the schedule in this matter as follows:

     1.     The deadline for the filing of Plaintiff's motion for summary judgment and/or remand is extended thirty (30) days;

     2.     All other deadlines and scheduling matters set forth in the Court's November 7, 2013 Scheduling Order remain the same.

Dated:  June 15, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE